## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )                    **09-CR-30100-WDS** |
| | ) |
| | ) |
| **ALEX MOLINA,** | ) |
| | ) |
| **Defendant,** | ) |

## MEMORANDUM & ORDER

**STIEHL, District Judge:**

On November 9, 2009, the United States of America and defendant Alex Molina consented to appear before Magistrate Judge Clifford J. Proud pursuant to Federal Rule of Criminal Procedure 11 and SDIL Rule 72.1(b)(2). At that time, the defendant entered a plea of guilty to Count 1of the Indictment.

On November 9, 2009, Judge Proud submitted a Report recommending that the undersigned District Judge accept the plea of guilty, that a presentence investigation and report be prepared, and that the Defendant be adjudicated guilty and have sentence imposed accordingly (Doc. 57).

The Report was sent to the parties along with a "NOTICE" informing them of their right to appeal by way of filing "Objections" within ten days of service of the Report and Recommendation. Neither party has filed an objection, therefore, pursuant to **28 U.S.C. § 636(b)**, this Court need not conduct *de novo* review. ***Thomas v. Arn*, 474 U.S. 140, 149-52 (1985); *Video Views Inc. v. Studio 21, Ltd.*, 797 F.2d 538 (7th Cir. 1986).**

Accordingly, the undersigned District Judge **ADOPTS** Magistrate Judge Proud's Report

and Recommendation (Doc. 57), **ACCEPTS** defendant Alex Molina's plea of guilty, and

**ADJUDGES** defendant Alex Molina guilty.


**IT IS SO ORDERED.**

**DATE:  25 March, 2010**

**  s/ WILLIAM D. STIEHL  **
**District Judge**
